# A‍MY R‍AMEAU, A‍TTORNEY AT L‍AW P.C.

16 Court Street, Suite 2504
Brooklyn, NY 11241
therameaulawfirm.com

\*Admitted in New York,
New Jersey, the Southern
and Eastern Districts of NY.

AMY RAMEAU, ESQ.*

September 14, 2015

**BY ECF**
**Hon. Lois Bloom**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **RE:  Kevon Attz v. City, et. al., 14 CV 3985 (NGG)(LB)**

Your Honor:

    I represent the plaintiff in the above-captioned action.  I write to inform the Court that the parties have agreed to settle this matter for the amount of $115,000.

Sincerely,

*[signature]*

Amy Rameau, Esq.

cc:    ACC Katherine Sprovieri
       New York City Law Department

Tel: (718) 887.5536    Fax: (718) 875-5440    rameaulawny@gmail.com